FILED
NOV 18 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ORLANDO BROWN,<br><br>         Plaintiff,<br><br>   v.<br><br>STATE OF CALIFORNIA, et al<br><br>         Defendant. | Case No. EDCV 11-0707-SVW (MLG)<br><br>JUDGMENT |

   IT IS ADJUDGED that the action herein is dismissed.

Dated: November 15, 2011

_____
Stephen V. Wilson
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 18 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY